No. 291. JAMES ET AL. *v.* NELSON ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Cecil H. Clegg* for petitioners. *Mr. R. E. Robertson* for respondents.

No. 292. NORTHWESTERN MUTUAL LIFE INS. Co. *v.* CENTRAL HANOVER BANK & TRUST CO., EXECUTORS, ET AL. October 11, 1937. Petition for writ of certiorari to the Surrogate Court of New York County, New York, denied. *Mr. Sam T. Swansen* for petitioner. *Mr. Samuel A. Pleasants* for respondents.

No. 295. DURELL *v.* CARPENTER, RECEIVER. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frank Montgomery* for petitioner. *Mr. J. A. Fowler* for respondent.

No. 297. LAWRENCE STERN & Co. ET AL. *v.* UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. A. J. Pflaum* and *H. N. Wyatt* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* and *Helen R. Carloss* for the United States.

No. 298. U. S. EX REL. SOCIETE DE CONDENSATION ET D'APPLICATIONS MECANIQUES *v.* COE, COMMISSIONER OF PATENTS. October 11, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia